UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVY CORDERO,

                 Plaintiff,

-v-

THE CITY OF NEW YORK, *et al.*,

                 Defendants.

24-CV-293 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

The Court has been informed that the parties have reached a settlement in principle of this case. Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and subject to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty days.

All filing deadlines and conference dates are adjourned *sine die*.

SO ORDERED.

Dated: August 23, 2024
      New York, New York

                          J. PAUL OETKEN
                      United States District Judge